No. 99–9030.  WAGNER v. PUGH, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 99–9042.  FRANKS v. KAHN, CLERK, UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT.  C. A. 11th Cir.  Certiorari denied.

No. 99–9058.  RENOIR v. TRUE.  C. A. 4th Cir.  Certiorari denied.

No. 99–9062.  SPENCER v. MASCHNER, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 99–9069.  MARCONE v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 99–9075.  BENTON v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 99–9081.  THOMAS v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES.  Ct. App. D. C.  Certiorari denied.

No. 99–9084.  KING v. HOLLAND, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–9085.  MATTHEWS v. LEONARD, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–9133.  MONTFORD v. HUTCHINSON, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 99–9172.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–9175.  BUNCH v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Hertford County, N. C.  Certiorari denied.

No. 99–9180.  WISE v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–9185.  PADIN-TORRES v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 99–9216.  CHOICE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.